```
1  JOE R. ABRAMSON (SBN 105241)              Superior Court case no.
   ABRAMSON & BROWN
2  21700 Oxnard Street, Suite 430            GC040783
   Woodland Hills, CA 91367
3  (818) 227-6690 (Tel)                      MD JS-6
   (818) 227-6699 (Fax)
4  Jralaw1@pacbell.net (E-Mail)
   Attorneys for BIJAN MADJLESSI
5
```

FILED
CLERK, U.S. DISTRICT COURT

SEP 25 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 101 HOUSECO, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>BIJAN MADJLESSI, an individual,<br><br>Defendant. | Case No. CV08-6700 GW (RCx)<br>(Hon. George H. Wu, Judge)<br><br>DATE: September 28, 2009<br>TIME: 8:30 A.M.<br>COURTROOM 10<br><br>STIPULATION FOR REMAND OF ACTION TO STATE COURT; [PROPOSED] ORDER THEREON |

The following Stipulation is made by and between, Plaintiff, 101 Houseco, LLC, a California Limited Liability Company ("101 Houseco"), and Defendant, Bijan Madjlessi ("Madjlessi"), by and through their respective counsel of record, with reference to the following agreed facts:

WHEREAS, on May 7, 2008, prior to its closure, INDYMAC BANK, F.S.B., a Federally Chartered Savings Bank ("Indymac") had filed a state court Complaint against Madjlessi, Los Angeles Superior Court Case Number GC040783 ("the State Court Suit");

WHEREAS, on or about July 11, 2008, the Office of Thrift Supervision closed Indymac and the Federal Deposit Insurance Corporation ("FDIC"), was appointed as Receiver for Indymac;

WHERAS, on October 8, 2009, the FDIC, as receiver, substituted into the State Court Suit for Indymac as the Plaintiff;

cc: to all parties
    LA Superior Court, Northeast District

1. WHEREAS, on or about October 10, 2008, pursuant to the provisions of 12 U.S.C. §1819(b)(2)(B)and 28 U.S.C. §1441(b), the FDIC removed the State Court Suit to this Court (hereinafter "this Action");

WHEREAS, on or about March 31, 2009, 101 Houseco acquired all right, title and interest held by the FDIC under the Indymac Loan and in this Action;

WHEREAS, pursuant to an order entered by this Court, 101 Houseco has substituted in as the Plaintiff in this Action;

WHEREAS, the parties hereto agree that based upon the substitution of 101 Houseco, a California limited liability company, as Plaintiff in this Action, there no longer exists a basis for jurisdiction in this court and jointly request, pursuant to the provisions of 28 USC §1447(c), that the Court exercise its discretion and remand the case to the State Court;

NOW, THEREFORE, the parties hereto, through their respective counsel, STIPULATE and AGREE, as follows:

1. Pursuant to the provisions of 28 USC, §1447(c), this action shall be remanded to the State Court of California, Los Angeles Superior Court, Northeast District, located at 300 East Walnut Street, Pasadena, CA 91101.

2. That any cost of remand of the action be paid by Defendant, BIJAN MADJLESSI.

IT IS SO STIPULATED:

Dated: 9-23-09

MAYFIELD & LEATH

By: Lori R. Mayfield, Esq.
Attorney for 101 Houseco

Dated: 9-23-09

LAW OFFICES OF JOE R. ABRAMSON

By: JOE R. ABRAMSON, Esq., Attorneys
For Madjlessi

2

STIPULATION FOR REMAND OF ACTION TO STATE COURT;
[PROPOSED] ORDER THEREON

## ORDER OF REMAND

Pursuant to the Stipulation of the Parties, and

GOOD CAUSE APPEARING,

IT IS ORDERED, ADJUDGED AND DECREED, as follows:

1. Pursuant to the provisions of 28 USC §1447(c), the above-referenced action is hereby remanded to the State Court of California, Los Angeles Superior Court, Northeast District, located at 300 East Walnut Street, Pasadena, CA 91101, with Defendant, BIJAN MADJLESSI, to pay any and all costs associated with the remand.

Dated: 9/25/09

_____
Honorable, George H. Wu, Judge of the United States District Court for the Central District of California